UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    JS-6

| Case No. | SA CV 25-1690-AH(DFMx) | Date | NOVEMBER 26, 2025 |
|---|---|---|---|

| Title | Shelton Parker Jr v. Experian Information Solutions Inc |
|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On September 19, 2025, the Court issued an order giving the parties time to file their dismissal order by November 20, 2025, in light of the parties settlement. As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]
All pending hearings are hereby vacated.

IT IS SO ORDERED.

cc: all parties